UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elian Cruz Morel, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>Green Castle A Mgmt Corp. et al.,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/28/2021<br><br>1:19-cv-11307 (ALC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Whereas, discovery in this action was to be completed by January 20, 2021 (*see* ECF No. 57), it is hereby Ordered that, no later than Thursday, February 4, 2021, the parties shall file a joint letter regarding proposed next steps, including whether any party intends to file a dispositive motion.

**SO ORDERED.**

DATED: New York, New York
January 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge