```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elian Cruz Morel, et al. on behalf of themselves and all others similarly situated,

          Plaintiffs,

-against-

Green Castle A Mgmt Corp. et al.,

          Defendants.

1:19-cv-11307 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than Monday, November 29, 2021, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in another settlement conference.

**SO ORDERED.**

DATED:    New York, New York
               November 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge