# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NE[...]
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | January 11, 2022 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 11C  
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: January 12, 2022    *[signature]*

Re: **Cruz Morel, et al. v. Green Castle A Mgmt Corp., et al.**  
*Case Number 19-cv-11307 (SDA)*

Dear Magistrate Judge Aaron:

    As Your Honor is aware, we represent plaintiffs in the above-captioned matter, and we write jointly with defendants' counsel, pursuant to the Court's instructions, to request until February 15, 2022, for the parties to submit their *Cheeks* fairness papers. We thank the Court for its attention to this matter, and we are available at Your Honor's convenience in the event that there are any questions.

                                              Respectfully submitted,

                                              David Stein

cc: William A. Gogel, Esq. (via ECF)