# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | March 22, 2022 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007



Re:   **Cruz Morel, et al. v. Green Castle A Mgmt Corp., et al.**
        *Case Number 19-cv-11307 (SDA)*

Dear Magistrate Judge Aaron:

We represent named plaintiffs Elian Cruz Morel, Jeisson Pena, Josue Pena, Francisco Pena, Javier Molina, and Diego Gonzalez, as well as opt-in plaintiffs Edgardo Cruz Fernandez Guevara, Alexis Francisco Flores Tavarez, Ronardo Baez, Barry Balbuena, Jorge Luis Diaz Tapia, Juan Dolores, Ramon Guzman Pena, Devyi Pena Pena, Eury Rafael DeJesus Campos, Edward Rivas Rabatt, Jose Antonio Gutierrez Ramirez, Celestino de la Paz, and Jorge Flores in the above-captioned matter, and submit this letter to the Court pursuant to the Court's Order of March 8, 2022.

We have been working to obtain signatures as directed by the Court, but the process has taken a bit longer than anticipated. We respectfully ask the Court for a two day extension, until March 24, 2022, to provide the required submission.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc:  William A. Gogel, Esq. (via ECF)